IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26-24-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| KERI ANN TRAVER, | |
| Defendant. | |

Defendant has filed an unopposed motion to appear remotely at the initial appearance and arraignment scheduled for July 13, 2026 at 1:30 p.m. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion to appear remotely (Doc. 13) is GRANTED. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. **Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings**.

DATED this 10th day of July, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1